OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed. Defendant appeals from a conviction of assault in the first degree, arguing that the evidence adduced at trial was insufficient to support the predicate “serious physical injury” standard required under Penal Law § 120.10 (1). When viewed in the light most favorable to the prosecution, however
 
 (see, People v Contes,
 
 60 NY2d 620, 621), the evidence in this case was suf
 
 *886
 
 ficient to allow a rational trier of fact to find beyond a reasonable doubt that complainant suffered a “serious physical injury.” Thus, legally sufficient evidence supported defendant’s conviction of first degree assault.
 

 Chief Judge Kaye and Judges Bellacosa, Smith, Levine, Ciparick, Wesley and Rosenblatt concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed in a memorandum.